# CLIFTON BUDD & DeMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2025

IAN-PAUL A. POULOS
PARTNER
E-MAIL: IAPOULOS@CBDM.COM

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

January 21, 2025

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

    Re:    *Barrios v. ICP Jerome LLC et al*
            24-CV-04941-MKV

Dear Judge Vyskocil:

    The undersigned represents Defendants QC Gerard LLC and QC Jerome LLC in the above-referenced action. The Defendants write with Plaintiff's consent to report that this case has settled. The Parties respectfully request that all deadlines be adjourned *sine die* pending submission of their forthcoming executed settlement agreement for approval.

    Thank you for Your Honor's time and consideration.

                              Respectfully submitted,
                              CLIFTON BUDD & DeMARIA, LLP
                              *Attorneys for Defendants QC Gerard LLC&*
                              *QC Jerome LLC*

                              By:_____
                                 Ian-Paul A. Poulos

CC:    All Counsel of Record

---

**Granted. SO ORDERED.**

Date: 1/22/2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge