# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

May 7, 2025

**Via ECF**

Hon. Valerie Figueredo, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007-1312

<u>**Re: Barrios v. ICP Jerome LLC et al**</u>
**Case No. 24-CV-04941 (VF)**
**Motion for Extension of Time**

Dear Judge Figueredo:

  My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the May 7, 2025 deadline for the plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed for the parties to arrange for execution of the settlement agreement. No prior request for an extension of this deadline was made.

  The parties have consented to Your Honor's jurisdiction.

  I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**  Defense Counsels via ECF

**MEMO ENDORSED**

/s/ Valerie Figueredo
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 5/9/2025

The extension requested herein is GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 34.

1